RECEIVED
MAR 1 1 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT EDNC

# In The U.S. District Court for The Eastern District of North Carolina

| | |
|---|---|
| Anita Cavanough | Case: 7:19-cv-00051-BO |
| Plaintiff | Notice of Indigenous Rights and |
| Vs | U.S.C. Title 15 Violations with |
| Internal Revenue Service | Affidavit of Nationality and |
| Respondent | Injunction to Cease and Desist |

Comes now Petitioner, Anita Cavanough Isra-El also known as Anita Cavanough, a natural, breathing, flesh and blood original woman and citizen of the Empire Washitaw de Dugdahmoundyah and Yahudah Washitaw of East Terra; a Muur/Moor and descendant of ancient Mound Builders, to grant limited jurisdiction to the Court to adjudicate matters of Right Violations and Unlawful Thief/Seizure of wages.

## Jurisdiction

1. I, Anita Cavanough Isra-El, also known as Petitioner/Plaintiff, a subject of the Empire Washitaw de Dugdahmoundyah and member of the Yahudah Washitaw of East Terra, **In Propria Persona, Sui Juris, and Sui Hæredes, In Solo Proprio] [Trustor; Curator; Allodial Proprietor; Jus Corporeal Hereditaments; Pro Possessore] Vessel of the Moroccan Empire -**

1

Nation State; Moorish American National; 'Free White Person'; and Reversioner, Northwest Amexem / Northwest Africa / North America / 'The North Gate' / 'Turtle Island', do exercise and stand firmly upon inalienable rights protected by said U.S. Constitutional and international law; as well as international customary law, Empire Washitaw de Dugdahmoundyah and Yahudah Washitaw of East Terra Constitutions and laws.

2. In accordance to U.S.C. 28 section 1332, all matters of diversity of citizenship must be heard by the Federal Courts ; furthermore,

3. *"The judicial power shall extent to all cases in law and equity, arising under this Constitution, the laws of the United States and treaties made, or which shall be made under their authority; to all cases affecting ambassadors, other public ministers or consuls; to all case of admiralty and maritime jurisdiction; to controversies to which the United States shall be a party; to controversies between two or more states; between a state and citizens of another state; between citizens of different states; between citizens of the same state claiming lands under a grant of different states; between a state, or the citizens there of, and foreign state, citizen or subjects."* **Article III section 2, clause 1 of the Constitution of The United States.**

4. In accordance to **U.S.C. 15, section 1692**, when debts of the nature before the court are disputed, the Federal court must adjudicate the matter.

5. Finally, the United Nations Declaration On The Rights of Indigenous People Treaty, signed by President Barack Obama, December, 16, 2010, demands the inalienable rights of the Indigenous people be protected; as such: Article 1, 6, 27, et alia.

*Article 1*

Indigenous peoples have the right to the full enjoyment, as a collective

or as individuals, of all human rights and fundamental freedoms

as recognized in the Charter of the United Nations, the Universal

Declaration of Human Rights4 and international human rights law.

2

*Article 6*

>Every indigenous individual has the right to a nationality.

*Article 27*

>States shall establish and implement, in conjunction with indigenous peoples concerned, a fair, independent, impartial, open and transparent process, giving due recognition to indigenous peoples' laws, traditions, customs and land tenure systems, to recognize and adjudicate the rights of indigenous peoples pertaining to their lands, territories and resources, including those which were traditionally owned or otherwise occupied or used. Indigenous peoples shall have the right to participate in this process.

## Matters of Fact

1. The Supremacy Law, U.S. Constitution Art. VI, Clause 2., states the U.S. Constitution and it's Treaties are the Law of the Land; All judges and officials shall be bound thereby; and all laws and state constitutions contrary notwithstanding.
2. The U.S. Constitution Art. I sec. 2, clause 3, requires Indians, "indigenous people" not be taxed.

3

3. When President Barack Obama signed the United Nations Declaration on the Rights of Indigenous People Treaty, (herein called UNDRIP Treaty) on December, 16, 2010, the Treaty by strength of the U.S. Constitution, Art. VI, clause 2,(Supremacy rule) made it binding and the Law of The Land.
4. The UNDRIP Treaty requires the following;

*Article 4*

Indigenous peoples, in exercising their right to self-determination,

have the right to autonomy or self-government in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions.

Article 7

1. Indigenous individuals have the rights to life, physical and mental

integrity, liberty and security of person.

Article 8

1. Indigenous peoples and individuals have the right not to be

subjected to forced assimilation or destruction of their culture.

2. States shall provide effective mechanisms for prevention of, and

redress for:

(a) Any action which has the aim or effect of depriving them

of their integrity as distinct peoples, or of their cultural values

or ethnic identities;

(b) Any action which has the aim or effect of dispossessing

them of their lands, territories or resources;

(c) Any form of forced population transfer which has the aim

4

or effect of violating or undermining any of their rights;

(d) Any form of forced assimilation or integration;

(e) Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them.

## Statement of Facts

1. Anita Cavanough, (herein known as Petitioner/Plaintiff) has always been Washitaw Moor/Muur. As such, Petitioner/Plaintiff is an original person of the land with all hereditaments and heirship rightfully protected by U.S. Constitution 1789, UNDRIP Treaty 2010, and The Treaty of Peace and Friendship, 1786, and 1836. Out of coerce and duress, Petitioner/Plaintiff has been forced to pay tax/donations to the INTERNAL REVENUE SERVICE.
2. Around December 13, 2018 Petitioner/Plaintiff forwarded notification to the INTERNAL REVENUE SERVICE informing that she is Washitaw Moor/Muur, and as such, does not desire to participate in the INTERNAL REVENUE SERVICE Taxation system. As of this day, there has not been any correspondence from the INTERNAL REVENUE SERVICE, (herein known as Respondent), to their acknowledgement of Petitioner's notification of status. (See Exhibit A)
3. Around February 6, 2019 Petitioner/Plaintiff forwarded request to the Respondent to 'verify and validate' the debt purported owed to the Respondent. As of this day, there has not been any correspondence concerning verification or validation of the debt purported owed by Petitioner/Plaintiff.(See Exhibit B)

5

### Argument

In accordance to The UNDRIP Treaty, Articles 4, 6 and 8,

Indigenous people have the protected rights to have a nationality; and Indigenous people have the right to form and support their own government; Also, Indigenous people have the right to redress for thief/seizure of resources.

All resources of the land belong to the Petitioner/Plaintiff with **consanguinity**, which includes Petitioner/Plaintiff's all wages of labor. Furthermore, pursuant to the Treaty of Peace and Friendship and the UNDRIP Treaty, all corporations, including the INTERNAL REVENUE SERVICE should benefit the Petitioner/Plaintiff: this has not happened; yet, Respondent has harassed and coerced Petitioner/Plaintiff into paying taxes/donations not owed, and ruled unlawful according to the U.S. Constitution Article I, section 2, and clause 3.

According to Title 15 of U.S. Code section 1692, whenever a claim in it's entirely is disputed, the Respondent must prove their claim lawful by verifying and validating the debt. Respondent's non-compliance with this demand is construed as an absolute wavier of all claims to enforce the debt.

### Wherefore,

Plaintiff prays the Court to Order the Respondent to Cease and Desist all collection, lien and levy activities; and pay compensation and punitive damages, as well as restitution requirements set for violations of U.S.C. Title 15, UNDRIP Treaty, and Washitaw and Moorish American Tribunal requirements.

Peace and Love

Submitted Respectfully,

*Anita Cavanoff Isra-EL*

5148 Silver Spoon Road

Whiteville, North Carolina 28472

6

# Certificate of Service

I _Anita Cavanaugh_ do affirm that on this day _3_ of _08_ 2019, the original Petition, "Notice of Indigenous Rights and U.S.C. Title 15 Violations with Affidavit of Nationality and Injunction to Cease and Desist " was mailed to the United States District Court for the Eastern District of North Carolina by UNITED STATES POSTAL SERVICE, Certified Mail No. _7018 3090 0001 9777 6559_

To: The United States District Court for

The Eastern District of North Carolina

310 New Bern Ave #174,

Raleigh, NC 27601

7